AUSA: J. Michael Buckley  Telephone: (313) 269-4706
Officer: Matthew Krueger  Telephone: (216) 214-3220

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
для the
Eastern District of Michigan

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The residence located at 844 Smith Street East Tawas, MI 48730 described in detail in Attachment A. | Case No. 1:21-mc-50960<br>Judge: Ludington, Thomas L.<br>Filed: 07-13-2021 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Eastern   District of   Michigan   .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

I hereby certify that the foregoing is a certified copy of the original on file in this office.

**Clerk, U.S. District Court
Eastern District of Michigan**

By: *s/ Kristen Castaneda*
Deputy

**YOU ARE COMMANDED** to execute this warrant on or before   July 27, 2021   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the presiding United States Magistrate Judge on duty   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   July 13, 2021   2:21 pm   _____
Judge's signature

City and state:   Bay City, Michigan     Patricia T. Morris, U. S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:21-mc-50960 | Date and time warrant executed:<br>7-15-2021  0730 | Copy of warrant and inventory left with:<br>Nubia Herrera-Gonzalez |

Inventory made in the presence of :
Nubia Herrera-Gonzalez

Inventory of the property taken and name of any person(s) seized:

1. ID "Leopoldo Mendez"
2. Tax returns
3. ID "Jose Mendez-Cazares"
4. Bank Statement
5. Passport / Check Stubs
6. Money Transfer Receipts
7. Money Receipts
8. Bank Card "Leopoldo Mendez"

x [signature]

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7-15-2021

[signature]
Executing officer's signature

Matthew Krueger   Deportation Officer
Printed name and title

# ATTACHMENT A
# PROPERTY TO BE SEARCHED

1. The residence located at 844 Smith Street East Tawas, MI 48730 ("**Target Premises**").  The residence is further described as a single-family home with brown brick and tan vinyl siding.  The **Target Premises** is located on the eastside of Smith Street and is the first house north of Bennington Street.  The search of the **Target Premises** shall include all rooms, attics, crawl spaces, basements, safes, locked boxes, storage facilities, and unattached garages if applicable.  The places to be searched include, a black 2021 Dodge Ram bearing Michigan license plate EKG0353 with vehicle identification number (VIN) 1C6SRFJT3MN780487, and a dark in color 2020 Jeep Wrangler bearing Michigan license plate CVA832 with VIN 1C4HJXDN2LW226055.

**FRONT SIDE**



# ATTACHMENT B – ITEMS TO BE SEARCHED FOR AND SEIZED

**In the name of or likeness bearing Jose Guadalupe MENDEZ-Cazares, and/or Leopoldo Cazares Mendez, the following items may be searched for and seized:**

(1) Birth certificates or birth records;
(2) School records;
(3) Bus or train tickets;
(4) Airline tickets or boarding passes;
(5) Passports or passport applications;
(6) Visas or visa applications;
(7) Work permits or work permit applications;
(8) From the nation of Mexico, identification cards, voter identification cards or drivers' licenses;
(9) From the United States, identification cards or drivers' licenses;
(10) Mail addressed to the person named above, including but not limited to, correspondence, bills, advertising, solicitations;
(11) Records regarding ownership or leasing of vehicles in the name of the above person, including autos, trucks, and motorcycles;
(12) Records regarding insurance for vehicles in the name of the above person, including autos, trucks, or motorcycles;
(13) Tax returns in the name of the above person, including state or federal returns, and any schedules or attachments (Form W-2);
(14) Bank statements in the name of the above person;
(15) In the name of the above person, ATM cards, debit cards or credit cards;
(16) Credit card statements in the name of the above person;
(17) Utility bills or records in the name of the above person;
(18) Telephone bills or records in the name of the above person;
(19) Records regarding employment of the above person, including paychecks, pay stubs, records of hours worked, places worked or employers;

(20) For the above named person, documents regarding government benefit programs such as Food Stamps, "Bridge Card," "EBT" card, Michigan unemployment benefits, WIC, and Social Security Administration programs;

(21) For the above named person, real estate records including leases, land contracts, deeds, and mortgages;

(22) For the above named person, loan applications, mortgage applications and payday lending applications;

(23) For the above named person, records of bank transactions, including but not limited to, check stubs or registers, canceled checks, deposit tickets, debit memos, credit memos, wire transfer documents, records of savings accounts including passbooks and statements;

(24) For the above named person, records and documents identifying the location of safety deposit boxes or other possible depositories for cash and other liquid assets

(25) For the above named person, indicia of occupancy, residency, and/or ownership of the premises, including but not limited to, utility and telephone bills, canceled mail in envelopes, and keys.